# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0547

FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0547

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIEL CHRISTOPHER ROWE,

      Defendant and Appellant.

## ORDER

UPON the Appellant's unopposed motion to expedite remittitur, good cause appearing therefrom,

IT IS HEREBY ORDERED that the Clerk of Court shall immediately issue remittitur for the above named case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024